IN THE UNITED STATES DISTRICT COUR
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

UNITED STATES OF AMERICA

VS.                                                                       CAUSE NO. 5:05cr18DCB-AGN

JOSE ROGELIO SALAZAR-JUAREZ

### AGREED ORDER GRANTING CONTINUANCE

This day this cause came on for hearing upon Motion *ore tenus* of the Defendant, Jose Rogelio Salazar-Juarez, for a continuance in the above-styled and numbered cause and the grounds therefore being:

Defendant's has just this day retained the services of Rafael De La Garza, Esq. of Dallas, Texas and John M. Colette as counsel in this case, that said counselors are in need of more time to review the file prepare the defendant's case.  That the government, in the interests of justice, has no objection to this continuance, and the Court being fully advised of the premises herein, is of the opinion that this matter is well taken and should be sustained.

IT IS THEREFORE ORDERED AND ADJUDGED, that the above-styled and numbered cause be and hereby is continued from February 7, 2006  until   April 3  , 2006 at   10:00 a.m.

SO ORDERED, this the    1st    day of    February    , 2006.

                                                                        s/ David Bramlette
                                                                    UNITED STATES DISTRICT JUDGE

**REQUESTED BY:**

/s/ John M. Colette
JOHN M. COLETTE

**AGREED TO BY:**

/s/ Sandra Moses
A.U.S.A. SANDRA MOSES