**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**WESTERN DIVISION**

**UNITED STATES OF AMERICA**

**VS.**                                                                 **CAUSE NO. 5:05cr18DCB-AGN**

**JOSE ROGELIO SALAZAR-JUAREZ**

### ORDER CONTINUING CAUSE

Came on for consideration this day the defendants' *ore tenus* Motion for Continuance of Criminal Cause, and the Court, having been fully advised in the premises, specifically having been advised that defense counsel need additional time in order to prepare for trial, finds that the defendants' motions are meritorious, and further finds that the ends of justice would best be served by granting the requested continuance insofar as the defendants' and the public's interest in a speedy and public trial is concerned, and further finds that the failure to grant such continuance would result in a miscarriage of justice. The Court therefore finds that the defendant's motions should be, and it hereby is, granted. It is, therefore,

### ORDERED AND ADJUDGED

that the ends of justice are best served by granting the defendants' motion for a continuance of the Cause, that the Court specifically finds that the granting of such continuance outweighs the best interest of the public and the defendants in a speedy public trial, and that the failure to grant such continuance would likely make the continuation of such proceedings impossible and would result in a miscarriage of justice. The Court further orders that the trial of this cause shall be continued until the term of Court which begins on  4th  day of   April  , 2006.

**SO ORDERED AND ADJUDGED** this, the   3rd   day of February, 2006.


        s/ David Bramlette
        United States District Judge

**AGREED TO BY:**

/s/ John M. Colette
JOHN M. COLETTE

/s/ Sandra Moses
A.U.S.A. SANDRA MOSES